**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CHERON HAMPTON-BATES,

     Plaintiff,

v.                                          CASE NO. 1:12-cv-00174-MP-GRJ

TIMOTHY DURST, THE CITY OF GAINESVILLE FLORIDA,

     Defendants.

_____/

## O R D E R

     This matter is before the Court on Doc. 18, Motion to Compel Release of Addresses Filed

by plaintiff in which plaintiff suggests a procedure for obtaining addresses of former Gainesville

Police Department employees who are not parties to this case without compromising the

confidentiality of such information during service.  No opposition was filed by the defendants,

and the time for doing so has expired.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED**:

     Defendant shall have ten days to disclose the addresses of its former employees to the
United States Marshals Service for the limited purpose of obtaining service of process
upon them.  The U.S. Marshals Service shall then execute process, at plaintiff's expense,
and thereafter redact the addresses of the Defendants once process has either been
obtained or attempted, and in any event, before filing proof of service documents or any
other document which contains the addresses of said Defendants.

     **DONE AND ORDERED** this _18th_ day of December, 2012

                             *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge